**E-FILED**
Wednesday, 25 April, 2012  08:55:54 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **ROBERT E. ANANIAS** | ) |
| | ) |
| | ) |
| vs. | )    Case Number:  **11-3274** |
| | ) |
| | ) |
| **MIKE STRATTON** | ) |

### JUDGMENT  IN A CIVIL CASE

 **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** pursuant to an Opinion entered by the Honorable Sue E. Myerscough on April 23, 2012, the defendant's Motion to Dismiss (d/e 10) is GRANTED. (See written Opinion).----------------------------------------------------------------------------------------

**Dated:**  April 25, 2012

                                          s/ Pamela E. Robinson
                                          Pamela E. Robinson
                                          Clerk, U.S. District Court